UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SARAH M. POLLOCK,

    Plaintiff,

v.

COMPUCREDIT HOLDINGS CORPORATION,
and JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, SARAH M. POLLOCK, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, COMPUCREDIT HOLDINGS CORPORATION, ("COMPUCREDIT") is a corporation and citizen of the State of Georgia with its principal place of business at Suite 400, Five Concourse Parkway, Atlanta, Georgia 30328.

5. Defendant, JEFFERSON CAPITAL SYSTEMS, LLC, ("JEFFERSON") is a limited liability company with its principal place of business at 16 McLeland Drive, St. Cloud, Minnesota 56303. It is a subsidiary of COMPUCREDIT.

## FACTUAL ALLEGATIONS

6. Defendant, COMPUCREDIT or its subsidiary JEFFERSON or other acting on their behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, COMPUCREDIT or its subsidiary JEFFERSON or others acting on their behalf, placed non-emergency telephone calls to Plaintiff's cellular

telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, COMPUCREDIT HOLDINGS CORPORATION, and JEFFERSON CAPITAL SYSTEMS, LLC for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658