UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80336-Civ-Ryskamp/Hopkins

SARAH M. POLLOCK,

    Plaintiff,

v.

COMPUCREDIT HOLDINGS CORPORATION
and JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 25), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties.  All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE and DENY any pending motions as MOOT.  This matter shall be removed from the March 25, 2013 trial calendar.

DONE AND ORDERED in the Southern District of Florida this 29th day of October, 2012.

                                        S/Kenneth L. Ryskamp
                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE